**Order entered January 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00111-CV

### ALEJANDRO CASILLAS PRIETO, Appellant

### V.

### RICHARD RENE ALAMIA, ET AL., RAFAEL DE LA GARZA, II & (FNU) DE LA GARZA, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02393-2016**

## ORDER

Before the Court is appellee Rafael De La Garza II's January 7, 2019 first motion to extend time to file brief and appellee Richard Alamia's January 8, 2019 motion to dismiss the appeal as untimely.

We **DENY** the motion to dismiss because the notice of appeal was mailed before the last day for filing and was received within ten days of the filing deadline. *See* TEX. R. APP. P. 9.2(b). We **GRANT** the extension request and **ORDER** De La Garza II's brief be filed no later than February 6, 2019.

/s/    ERIN A. NOWELL
          JUSTICE